

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE CITY OF EL PASO, | § | No. 08-12-00309-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| GUADALUPE RAMIREZ, NORMA RAMIREZ, RAMIREZ PECAN FARMS, LLC, WILLIAM H. BOUTWELL, JACKIE BOUTWELL, RAUL ZAMORANO, JR., AMY K. ZAMORANO, GEORGE WYNN, PATRICIA WYNN, LARRY R. WEBB, MARIA L. WEBB, JAMES R. RALEY, YARIELA G. RALEY, RUSSELL T. STURGEON, KERRY L. STURGEON, KENNETH A. JOHNSON, AND JULIE R. JOHNSON, | § § § § § § § | of El Paso County, Texas (TC#2007-2568) |
| Appellees. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's denial of Appellant's plea to the jurisdiction. We therefore affirm the trial court's order denying Appellant's plea to the jurisdiction. We further order that Appellees recover from Appellant all costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF MARCH, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.